DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; 5983 ATTAVILLA DR TRUST; AND ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02377-RFB-BNW<br><br>**STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE** |
| 5983 ATTAVILLA DR TRUST,<br><br>Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Counterdefendant. | |

50878468;1

Pursuant to Rule 41, Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP, 5983 Attavilla Dr. Trust, and Southern Highlands Community Association agree to dismissal of all claims in this matter with prejudice. The parties also agree to dismissal with prejudice of Bank of America's claims against Alessi & Koenig, LLC. Bank of America served Alessi & Koenig, but Alessi Koenig did not appear in the action. Each party to bear their own fees and costs. The court may close this case.

DATED this 21st day of September, 2019.

| **AKERMAN LLP** | **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN LLP** |
|---|---|
| */s/ Scott R. Lachman* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br> Telephone: (702) 634-5000 <br><br> *Attorneys for Bank of America, N.A.* | */s/ Douglas M. Cohen* <br> DOUGLAS M. COHEN, ESQ. <br> Nevada Bar No. 1214 <br> GREGORY P. KERR, ESQ. <br> Nevada Bar No. 10383 <br> JORDAN J. BUTLER, ESQ. <br> Nevada Bar No. 10531 <br> 3556 E. Russell Road, Second Floor <br> Las Vegas, Nevada 89120 <br> Telephone: (702) 341-5200 <br><br> *Attorneys for Southern Highlands Community Association* |
| */s/ Kerry P. Faughnan* <br> KERRY P. FAUGHNAN, ESQ. <br> Nevada Bar No. 12204 <br> P.O. Box 335361 <br> N. Las Vegas, NV 89033 <br> Telephone: (702) 301-3096 <br><br> *Attorneys for 5983 Attavilla Dr. Trust* | |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 27th day of November, 2019.

50878468;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572